1557 COVELL vs. COUNTY TREASURER (Kent), 36 M., 332.

To compel respondent to pay the fees of the jurors of the Superior Court of Grand Rapids.

The court held the county liable for such fees, and that

under the Constitution it was competent to establish a Superior Court, but the court did not deem it necessary to issue the writ. April 13, 1877.